IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JACOB ANDREW PLUMMER,

Plaintiff,

-vs-                                                          CASE NO.:

KIEWIT INFRASTRUCTURE SOUTH
COMPANY,

Defendant,
_____/

## COMPLAINT

COMES NOW the Plaintiff, JACOB ANDREW PLUMMER, by and through undersigned attorneys, and sues Defendant, and alleges:

### PARTIES, JURISDICTION, & VENUE

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. That at all times material hereto Plaintiff, JACOB ANDREW PLUMMER, was a natural person residing in Hillsborough County, Florida.

3. That at all times material hereto Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, was authorized and doing business in Hillsborough County, Florida.

4. Hillsborough County is the proper venue for this case as the accident giving rise to Plaintiff, JACOB ANDREW PLUMMER, complaint occurred in Hillsborough County.

## COUNT I
## VICARIOUS LIABILITY OF KIEWIT INFRASTRUCTURE SOUTH COMPANY

Plaintiff, JACOB ANDREW PLUMMER, reiterates and realleges Paragraphs 1 through 4 as if more fully set forth herein and further states:

5. On or about February 18, 2020, Plaintiff, JACOB ANDREW PLUMMER, operated a motor vehicle at or near South Clark Ave and West Gandy Blvd, Hillsborough County, FL.

6. On or about February 18, 2020, the Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, owned a motor vehicle that was being operated by their employee, agent, or driver in the course and scope of their employment, at or near South Clark Ave and West Gandy Blvd, Hillsborough County, FL.

7. On or about February 18, 2020, the Defendant's employee, agent, or driver owed a duty to all drivers and passengers, including Plaintiff, JACOB ANDREW PLUMMER, to maintain the vehicle in a safe and prudent manner.

8. At said time and place, the Defendant's employee, agent, or driver breached that duty by negligently yielding to on-coming traffic and pulled out in front the Plaintiff, JACOB ANDREW PLUMMER, at or near South Clark Ave and West Gandy Blvd, Hillsborough County, FL, and forced a collision between the two vehicles.

9. As a direct and proximate result of the Defendant's employee, agent, or driver's negligence, Plaintiff, JACOB ANDREW PLUMMER, suffered bodily injury and

resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

10. By virtue of the fact that Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, owned the motor vehicle driven by the employee, agent, or driver, gave permission and consent for him to drive the motor vehicle, Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, is liable for the driver's negligent acts.

11. Further the Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, was negligent and breached his duty owed to Plaintiff by committing one or more of the following:

a) Negligently allowing the driver to operate the motor vehicle in a negligent manner, which caused said accident.

b) Negligently failed to supervise the driver who was a permissive user of the motor vehicle and operated the vehicle pursuant to request without appropriate supervision.

c) Negligently failed to instruct the driver how to properly operate the motor vehicle.

d) Negligently failed to ensure that the driver was knowledgeable regarding rules and laws concerning operating the motor vehicle.

12. As a result, Plaintiff, JACOB ANDREW PLUMMER, suffered bodily injury and resulting pain a suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE the Plaintiff, JACOB ANDREW PLUMMER, demands judgment against the Defendant, KIEWIT INFRASTRUCTURE SOUTH COMPANY, in an amount in excess of Thirty Thousand ($30,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this __15__ day of June, 2021.

/s/ Gina Gonzalez
Gina Gonzalez, Esq.
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 1018791
Attorney for Plaintiff(s)
Primary: GNGpleadings@forthepeople.com